FILED: March 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4635 (L)
(5:12-cr-00336-BO-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

XAVIER DESHAWN LYMAS

  Defendant - Appellant

_____

No. 13-4636
(5:12-cr-00336-BO-3)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LIONEL BERNARD NEWMAN, a/k/a Mooky

  Defendant – Appellant

_____

No. 13-4650
(5:12-cr-00336-BO-2)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JESSIE GOMEZ, a/k/a Jesus

        Defendant - Appellant

------

No. 13-4809
(5:12-cr-00336-BO-4)

------

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSE MORALES, a/k/a Joey

        Defendant - Appellant

------

O R D E R

------

The court grants the motion to deconsolidate Case No. 13-4809 from Case Nos. 13-4635, 13-4636 and 13-4650, and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk